UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ASCENTIVE, LLC, a Delaware Limited Liability Company,<br><br>  Defendant. | No. CV-05-5079-FVS<br><br>**ORDER** |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike First Motion to Dismiss Portions of Plaintiff's First Amended Complaint (**Ct. Rec. 93**) is **GRANTED.**  Defendant's Motion to Dismiss Portions of Plaintiff's First Amended Complaint (**Ct. Rec. 90**) is **STRICKEN.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 24th day of May, 2006.

                                s/ Fred Van Sickle
                                Fred Van Sickle
                          United States District Judge

ORDER - 1