Floyd E. Ivey
Liebler, Ivey, Connor, Berry & St. Hilaire
1141 N. Edison, Suite C
P.O. Box 6125
Kennewick, WA 99336
Telephone (509) 735-3581
Fax (509) 735-3585

Robert J. Siegel
iLaw
1325 Fourth Avenue
Suite 940
Seattle, WA 98101-2509
Telephone (206) 624 9392
Fax (206) 624 0717

Hon. Judge Van Sickle

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 01 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

JAMES S. GORDON, JR., an individual,

Plaintiffs

vs.

ASCENTIVE, LLC
a Delaware Limited Liability Company,

Defendant

NO. CV-05-5079-FVS

PROTECTIVE ORDER

The Discovery Master, having considered arguments of counsel for Plaintiff and Defendants now orders as follows Regarding Discovery responses to written or oral discovery:

1. In submitting Discovery Responses, the Defendants are Ordered to identify each response deemed to be Confidential, Proprietary or Trade Secret or in any way Business Sensitive. As to such designated responses, the Plaintiff is Ordered to not disclose the Responses of the opposing party to any person or entity other than Counsel, the Party and Experts retained and identified by the

Protective Order - 1.
Z:\IPClient\Ascentive LLC v. Gordon\Ascentive v.
Gordon\Pleadings\MtnCompel\PlaintiffMtnCompel.061010\Motion.ProtectiveOrd
er.PROPOSED ORDER.070416.FINAL.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581

RECEIVED
MAY 01 2007
CLERK U.S. DISTRICT COURT
SPOKANE, WASHINGTON

1 │ Plaintiff.

2 │     2. Further, each of Counsel, the Party and Experts are directed to not

3 │ communicate, in any form, any portion of the Responses provided to Discovery to

4 │ any person or entity not included within those individuals identified in this Order.

5 │ A Party may move for the authority to disclose specific information received in the

6 │ Responses and, upon showing need, may be granted leave to disclose information

7 │ to specific individuals for specific purposes.

8 │     3. Further, each of counsel, the Party and Experts are specifically directed

9 │ to not do any of the following: a.) place any of the information designated

10 │ pursuant to paragraph 1 herein on an internet site;  b.) allow any IP Address and/or

11 │ the identity of any person or entity disclosed by these Responses to Discovery, to

12 │ be used for any purpose, including but not limited to "anti-spam" purposes,

13 │ without demonstrating need to the Court.  Identity here includes but is not limited

14 │ to the name, address, telephone number, email address, any internet information.

15 │

16 │

17 │ Done this ___26th___ day of April, 2007.

18 │

19 │ _____
   │ Honorable Harold Clarke

20 │

21 │

22 │ Presented by:

23 │

24 │

25 │

26 │ Floyd E. Ivey, attorney for
   │ Defendants

27 │

28 │

Protective Order - 2.
Z:\IPClient\Ascentive  LLC  v.  Gordon\Ascentive  v.
Gordon\Pleadings\MtnCompol\PlaintiffMtnCompel.061010\Motion.ProtectiveOrd
er.PROPOSED ORDER.070416.FINAL.wpd

LIEBLER, IVEY, CONNOR, BERRY & ST. HILAIRE
Attorneys at Law
P.O. Box 6125
Kennewick, Washington 99336-0125
(509) 735-3581