UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>ASCENTIVE, LLC, a Delaware Limited Liability Company, and ADAM SCHRAN,<br><br>    Defendants. | No. CV-05-5079-FVS<br><br>ORDER DIRECTING CLERK TO ENTER JUDGMENT BASED ON COURT'S ORDER RE: ATTORNEYS' FEES AND COSTS |

    On September 23, 2008, the Court issued an order granting, in part, Defendants' Motion requesting attorneys' fees and costs. (Ct. Rec. 191). The Court found that Defendants are entitled to reasonable attorneys' fees in the amount of $49,033.70 and costs in the amount of $127.49, plus expenses for compensation of the Special Master. Based on the Court's September 23, 2008 order, **JUDGMENT IS RENDERED IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF FOR THE AMOUNTS DESCRIBED ABOVE.** The District Court Executive is directed to enter judgment accordingly.

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to Plaintiff and counsel.

    **DATED** this   25th   day of September, 2008.

                                  S/Fred Van Sickle
                                    Fred Van Sickle
                      Senior United States District Judge