# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JAMES S. GORDON, JR.,

        PLAINTIFF,

v.

ASCENTIVE, LLC, a Delaware Limited Liability Company, and ADAM SCHRAN,

        DEFENDANTS.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-5079-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED DEFENDANT'S ARE ENTITLED TO REASONABLE ATTORNEYS' FEES IN THE AMOUNT OF $49, 033.70.

DEFENDANTS ARE ADDITIONALLY ENTITLED TO COSTS IN THE AMOUNT OF $127.49, PLUS EXPENSED FOR COMPENSATION OF THE SPECIAL MASTER.

| | |
|---|---|
| September 25, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Stevie Perry |
| | *(By) Deputy Clerk* |
| | Stevie Perry |